UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-20289-CIV-GARBER

DIEGO PAEZ, and others similarly
situated,

 Plaintiffs,

v.

EM FINE FURNITURE, INC., a Florida
corporation, d/b/a Design Furniture;
EDUARDO M. GARCIA and MIGUEL A.
MARQUEZ, individually,

 Defendants.
_____/

## ORDER

 THIS CAUSE is before the Court on the plaintiff's Motion to Enforce Settlement and for Entry of Judgment [DE 39], filed on December 22, 2009. No response in opposition has been filed or received. The parties to this cause entered into a Settlement, Release, and Confidentiality Agreement (the Agreement) that is dispositive of all issues in this litigation. The terms of the Agreement require the payment by the defendants to the plaintiff of $9,500.00 in six incremental payments on the dates specified therein. The Agreement also provides as follows:

 1. In the event of a default of any required payments, the defendants are granted five (5) days from the date of default within which to cure such default.

 2. In the event that such default is not cured, then defendants shall be liable to plaintiff for the sum of $15,000.00 less any payments made and for the payment of plaintiff's attorneys fees and costs.

Defendants have failed, neglected and refused to make payments due on November 19, 2009, and on December 4, 2009.  Upon such failure, the plaintiff notified the defendants of such default and gave them the opportunity to cure such defaults within five days following notice.  Defendants have not cured any of the defaults, thus making the defendants liable to plaintiff for the sum of $15,000.00 less any payments received, as provided in the Agreement.  Accordingly, and upon a review of the record and consideration of the Motion now before the Court, it is hereby

ORDERED that plaintiff's Motion to Enforce Settlement and for Entry of Judgment is GRANTED. Judgment is hereby entered in favor of the plaintiff and against the defendants EM Fine Furniture, Inc., a Florida corporation, Eduardo M. Garcia, and Miguel, jointly and severally, in the amount of Fifteen Thousand Dollars ($15,000.00) less any payments made by said defendants, said sum to be paid on or before twenty (20) days from the date of this Order.

Based upon the plaintiff being the prevailing party, it is hereby further

ORDERED that said plaintiff is hereby awarded reasonable attorneys fees and costs pursuant to 29 U.S.C. §216(b).  Plaintiff's counsel shall submit a statement of attorneys fees and costs on or before ten (10) days from the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida this 19th day of January, 2010.

*Barry L. Garber*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE